**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**

March 20, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____
DEPUTY

| | |
|---|---|
| **DIEGO ARMANDO SORIA-ZAVALA,** §<br>§<br>**Petitioner,** §<br>§<br>**v.** §<br>§<br>**BOBBY THOMPSON** *et al.*, §<br>§<br>**Respondents.** § | **NO. SA-26-CV-992-OLG** |

**O R D E R**

Pending before the Court is Petitioner Diego Armando Soria-Zavala's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1), to which Respondents filed a response (Dkt. No. 9). Petitioner challenges his detention under 8 U.S.C. § 1225(b)(2)(A) on statutory and constitutional grounds. *See* Dkt. No. 1 at 8–10. However, Petitioner was ordered removed on February 9, 2026, *see* Dkt. No. 9-2, and he did not appeal that decision. *See* Annotated Case Information. The order of removal is therefore administratively final, and Petitioner is now detained under 8 U.S.C. § 1231 for the duration of the removal period. *See* 8 U.S.C. § 1231(a)(1)(B), (a)(2). Accordingly, these proceedings appear to be moot.

**IT IS HEREBY ORDERED** that, by **Wednesday, March 25, 2026**, the parties shall confer and submit a joint advisory regarding the status of Petitioner's removal proceedings, as well as the status of these proceedings in light thereof.

**IT IS SO ORDERED**.

**SIGNED** on March 20, 2026.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE